■ In the Matter of the Claim of JOSEPH J. ILISCO, Appellant. COMMISSIONER OF LABOR, Respondent. [983 NYS2d 281]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 23, 2012, which denied claimant's application to reopen a prior decision.

Decision affirmed. No opinion.

Peters, P.J., Stein, Garry and Rose, JJ., concur. Ordered that the decision is affirmed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TROY LEE KENNEDY, Appellant, v DANIEL F. MARTUSCELLO, as Superintendent of Coxsackie Correctional Facility, Respondent. [984 NYS2d 281]—Appeal from a judgment of the Supreme Court (Tailleur, J.), entered May 9, 2013 in Greene County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

Lahtinen, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.